# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Saporito, Joseph F. | United States District Court Middle District of Pennsylvania | 11/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full Time) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Max Rosenn United States Courthouse
197 South Main Street, Suite 161
Wilkes-Barre, PA 18702

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director/Secretary | Earthly Angels Autism Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1985 | Luzerne County, PA Defined Benefit Pension Plan |
| 2. | 2015 | Saporito, Saporito & Falcone Payment of book value of interest in former law firm and sharing in future contingent fees reflecting value of services rendered. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Luzerne Intermediate Unit #18 - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First National Community Bank | Mortgage on Rental Property #1, Pittston, PA (Pt. VII line1) | K |
| 2. First National Community Bank | Line of Credit on Rental Property #1, Pittston, PA (Pt. VII line 1) | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental Property #1, Pittston, PA $105,000 | D | Rent | M | S | | | | | |
| 2. | Boeing Co. | A | Dividend | L | T | | | | | |
| 3. | Dreyfus Worldwide Dollar Money Market | A | Interest | J | T | | | | | |
| 4. | Dreyfus Active MidCap Cl A | D | Dividend | M | T | | | | | |
| 5. | First National Community Bank Stock | A | Dividend | K | T | | | | | |
| 6. | Brokerage Acct # 1 (H) | | | | | | | | | |
| 7. | -AFLAC, Inc. | A | Dividend | J | T | | | | | |
| 8. | -Bank of America Stock | A | Dividend | L | T | | | | | |
| 9. | -Truist Financial Corp. (formerly B B & T Corp.) | A | Dividend | J | T | | | | | |
| 10. | -Black Rock PA Strat Muni | A | Dividend | J | T | | | | | |
| 11. | -Cash and Bank Sweep Deposit Account Charles Schwab & Co., Inc. | C | Int./Div. | K | T | | | | | |
| 12. | -Equity Commonwealth | | None | J | T | | | | | |
| 13. | -Gabelli Conv. Incm Sec. | A | Dividend | J | T | | | | | |
| 14. | -GE Stock | A | Dividend | J | T | | | | | |
| 15. | -Nuveen Qual PFD Inc. | A | Dividend | J | T | | | | | |
| 16. | -Startek Inc. Stock | | None | J | T | | | | | |
| 17. | -Unilever PLC DDR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Waste Management Stock | A | Dividend | K | T | | | | | |
| 19. | Wells Fargo Stock | A | Dividend | K | T | | | | | |
| 20. | Janus Enterprise Fund D | A | Dividend | J | T | | | | | |
| 21. | Lincoln Financial Group SecureLine Ins-Service Checking Acct. | A | Interest | K | T | | | | | |
| 22. | Brokerage Acct #2 (H) M.L. ███ IRA | | | | | | | | | |
| 23. | -American Income Fund | B | Dividend | K | T | | | | | |
| 24. | -American Capital Income Builder CL C | B | Dividend | K | T | | | | | |
| 25. | -Bank of America NA RASP | A | Interest | J | T | | | | | |
| 26. | -Cash and Sweep Deposit Account through Bank of America NA | A | Int./Div. | J | T | | | | | |
| 27. | -Community Bank Systems Stock | A | Dividend | J | T | | | | | |
| 28. | -Community Bank Sys Inc. Del | A | Dividend | J | T | | | | | |
| 29. | -Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 30. | State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 31. | Mony Life Insurance Company (whole life policy) | A | Int./Div. | J | T | | | | | |
| 32. | First National Community Bank (Account) | A | Interest | J | T | | | | | |
| 33. | Wells Fargo (Accounts) | A | Interest | J | T | | | | | |
| 34. | AXA Equitable (Variable) AXA Guaranteed Interest Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard 500 Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 36. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 37. Wells Fargo (Accounts) | A | Interest | J | T | | | | | |
| 38. Lincoln National life Insurance Co. Universal Life Policy | A | Interest | J | T | | | | | |
| 39. First National Community Bank (Account) | A | Interest | K | T | | | | | |
| 40. Landmark Community Bank (Account) | A | Interest | K | T | | | | | |
| 41. Brokerage Acct. # 3 (H) | | | | | | | | | |
| 42. -Aflac | A | Dividend | J | T | | | | | |
| 43. -Alliance Bernstein IN | A | Dividend | J | T | | | | | |
| 44. -Truist Financial Corp.(formerly B B & T Corp) | A | Dividend | J | T | | | | | |
| 45. -Cash and Bank Sweep Deposit Account Charles Schwab & Co., Inc. | D | Int./Div. | L | T | | | | | |
| 46. -Conagra Foods Stock | A | Dividend | J | T | | | | | |
| 47. -Conduent Incorporated | | None | J | T | | | | | |
| 48. -DXC Technology Company | A | Dividend | J | T | | | | | |
| 49. -Equity Commonwealth | | None | J | T | | | | | |
| 50. -GE Stock | A | Dividend | J | T | | | | | |
| 51. -Harsco Corp. Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -HP Inc | A | Dividend | J | T | | | | | |
| 53. -Hewlett Packard Enterprise | A | Dividend | J | T | | | | | |
| 54. -Hormel Foods Corp. | A | Dividend | K | T | | | | | |
| 55. -Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 56. -Lockhead Martin Corp. Stock | B | Dividend | K | T | | | | | |
| 57. -Micro Focus Internation F | A | Dividend | J | T | | | | | |
| 58. -Northrop Grumman Co, Stock | A | Dividend | L | T | | | | | |
| 59. -Nuveen Pennsylvania INVE Stock | A | Dividend | J | T | | | | | |
| 60. -Nvidia Corp. Stock | A | Dividend | K | T | | | | | |
| 61. -PPL Corp Stock | A | Dividend | J | T | | | | | |
| 62. -SYSCO Corp. Stock | A | Dividend | J | T | | | | | |
| 63. -TEVA Pharm. Inds. Ltd. F | A | Dividend | J | T | | | | | |
| 64. -Unilever PLC F | A | Dividend | J | T | | | | | |
| 65. -Verizon Communication Stock | A | Dividend | J | T | | | | | |
| 66. -Visa Inc. CL A | A | Dividend | L | T | | | | | |
| 67. -Waste Management Stock | A | Dividend | K | T | | | | | |
| 68. -Xerox Corp. Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Brokerage Acct #4 (H) | | | | | | | | | |
| 70. -Blackstone/GSO STRAT Credit FD | A | Dividend | J | T | | | | | |
| 71. -Cash and Sweep Deposit Account through Morgan Stanley Private Bank NA | A | Interest | L | T | | | | | |
| 72. -Doubleline Income Solutions FD | A | Dividend | J | T | | | | | |
| 73. -John Hancock Hedged EQ & Inc. FD | A | Dividend | | | Sold | 04/22/20 | J | A | |
| 74. -Legg Mason WA Core Bond C | B | Interest | L | T | | | | | |
| 75. -Nuveen Short Duratn CR OPP FD | A | Dividend | | | Sold | 04/22/20 | J | A | |
| 76. -Blackrock Global Allocation C | A | Dividend | J | T | | | | | |
| 77. -First Eagle Overseas C | A | Dividend | K | T | | | | | |
| 78. -First Eagle Global C | A | Dividend | | | Sold | 04/22/20 | L | A | |
| 79. -Franklin Rising Dividends C | A | Dividend | J | T | | | | | |
| 80. -JP Morgan Equity Income C | A | Dividend | L | T | | | | | |
| 81. -PIMCO ALL Asset ALL Authority A | A | Dividend | | | Sold | 01/08/20 | J | A | |
| 82. -PIMCO Income C | A | Interest | J | T | | | | | |
| 83. -Prudential High Yield C | A | Dividend | J | T | | | | | |
| 84. -Transamerica High Yield Bond C | A | Dividend | J | T | | | | | |
| 85. -Transamerica Sht Term Bond C | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Western Asset Core Plus BD C | A | Dividend | K | T | | | | | |
| 87.  -Unit INVESCO S & P Dividend Sustainability 2013-14 | A | Dividend | J | T | | | | | |
| 88.  -Unit Guggenheim Closed-End Infrastructure & MLP 15 | A | Dividend | J | T | | | | | |
| 89.  -Unit First Trust WaterUtility Infrastructure Select 31 | A | Dividend | J | T | | | | | |
| 90.  State Farm Life Ins. Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 91.  Dreyfus Active Midcap CLA | A | Dividend | K | T | | | | | |
| 92.  PNC Bank (Accounts) | A | Interest | J | T | | | | | |
| 93.  TYGS Realty Co. (H) | | | | | | | | | |
| 94.  - Rental Property No.1, Pittston, PA $113,500 | D | Rent | | | Sold | 09/30/20 | K | E | |
| 95.  - Rental Property No. 2, Pittston, PA $71,100 | C | Rent | K | S | | | | | |
| 96.  - Rental Property No. 3, Pittston, PA $152,000 | C | Rent | K | S | | | | | |
| 97.  -Rental Property No. 4, Pittston PA $256,000 | D | Rent | L | S | | | | | |
| 98.  -Rental Property No. 5, Pittston, PA $300,000 | D | Rent | L | S | | | | | |
| 99.  -Fidelity Deposit & Discount Bank (Account) | | None | J | T | | | | | |
| 100.  -First National Community Bank (Account) | A | Interest | J | T | | | | | |
| 101.  -Vanguard 500 Index Fund Admiral Shares | A | Dividend | J | T | | | | | |
| 102.  McHugh Brothers Record Storage Company, Inc. | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Falcone Beverage Distributors, Inc. | | None | J | U | | | | | |
| 104.  I Shares Core S & P 500 | A | Dividend | J | T | Sold<br>(part) | 10/19/20 | J | A | |
| 105.  Perspecta Inc | A | Dividend | J | T | | | | | |
| 106.  Twilio Inc A | | None | J | T | | | | | |
| 107.  Hawaiian Holdings | | None | J | T | | | | | |
| 108.  Nivdia Corp. | A | Dividend | J | T | | | | | |
| 109.  HillRom Holdings | A | Dividend | J | T | | | | | |
| 110.  Energy Tfr Oprtng | A | Dividend | J | T | | | | | |
| 111.  CD-Peoples | E | Interest | | | Sold | 01/30/20 | K | | |
| 112.  Unit Guggen Dow 10 Series 39 | A | Dividend | K | T | | | | | |
| 113.  StitchFix Inc. | | None | J | T | | | | | |
| 114.  Zoom Video | | None | J | T | Buy | 03/23/20 | J | | |
| 115.  Vanguard High DVD | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 116.  Vanguard Short Term Corp Bond | A | Dividend | K | T | Buy | 08/03/20 | K | | |
| 117.  Vanguard Short Term Corp Bond | | | | T | Buy | 10/26/20 | J | | |
| 118.  CD Bank of Baroda | A | Interest | | | Buy | 01/31/20 | K | | |
| 119. | | | | | Sold | 07/31/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4)<br>2  Value Codes<br>(See Columns C1 and D3)<br><br>3  Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Hartford Balanced | B | Dividend | K | T | Buy | 01/10/20 | K | | |
| 121.  Pimco Income A | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

VII.    Investments and Trusts.  Items 1, 94-98 Column A.  I am unaware of the values of the real estate listed in Section VII at lines 1, 94-98, Column A.  They are assessed at less than 100% of their actual current values.  No appraisals have been completed, therefore, I have relied upon their respective asssessed values.

VII.  Investments and Trusts.     Item No. 121.  Pimco Income A appears for the first time becuase its omission was an oversight on my part in that it constitutes an asset which should have been included, and should be considered an amendment to the prior reports.

Item No. 21    SecureLine Insurance Service is a service offered by the Lincoln Financial Group to help manage insuranse proceeds.  This account is an interest bearing checking account and administered through The Northern Trust Company, Chicago, IL 60710.

Item No. 31    As of November 16, 1998, the company name "The Mutual Life Insurance Company of New York" was changed to "MONY Life Insurance Company."

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 11/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Saporito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544